UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| INTERNATIONAL UNION UNITED AUTOMOBILE AND AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, | ) ) ) ) ) |
| Plaintiff, | ) |
| v. | ) Case No. 08-CV-2260 |
| ZF BOGE ELASTMETALL, LLC, | ) ) ) |
| Defendant. | ) |

## ORDER

A Report and Recommendation (#22) was filed by the Magistrate Judge in the above cause on April 3, 2009. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#22) is accepted by this court.

(2) The Rule 12(b)(6) Motion to Dismiss (#4) filed by Defendant ZF Boge Elastmetall, LLC, is DENIED.

(3) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 16th day of April, 2009

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE