UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| INTERNATIONAL UNION UNITED AUTOMOBILE AND AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>ZF BOGE ELASTMETALL, LLC,<br><br>Defendant. | Case No. 08-CV-2260 |

## ORDER

A Report and Recommendation (#22) was filed by the Magistrate Judge in the above cause on April 3, 2009.  On April 20, 2009, Defendant, ZF Boge Elastmetall, LLC, filed its Objections to Reports and Recommendations (#24).  Following this court's careful de novo review of the Magistrate Judge's reasoning and Defendant's Objections, this court agrees with and accepts the Magistrate Judge's Report and Recommendation (#22).  This court agrees that Defendant's Rule 12(b)(6) Motion to Dismiss (#4) should be DENIED.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#22) is accepted by this court.

(2) The Rule 12(b)(6) Motion to Dismiss (#4) filed by Defendant ZF Boge Elastmetall, LLC, is DENIED.

(3) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 23rd day of April, 2009

s/Michael P. McCuskey
_____
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE